No. 78–6591.  TRICE *v.* MISSOURI.  Ct. App. Mo., St. Louis Dist.  Certiorari denied.

No. 78–6594.  MATTINGLY *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA, ET AL. C. A. 5th Cir.  Certiorari denied.

No. 78–6599.  PARRIS *v.* WYRICK, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 78–6602.  HELLER *v.* CONSOLIDATED RAIL CORP.  C. A. 3d Cir.  Certiorari denied.

No. 78–6606.  TONEMAN *v.* MARYLAND.  Ct. Sp. App. Md. Certiorari denied.

No. 78–6610.  WILSON *v.* HENDERSON, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 78–6616.  ALEXANDER *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 78–6619.  WIENER *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 78–6666.  COLLINS *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 78–6690.  BROWN *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 78–6708.  WALTERS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 78–6713.  WOOD *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 78–6715.  KRIZ *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.